No. **CR-08 00373 JF** HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*FILED*
*E-FILING*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

---

THE UNITED STATES OF AMERICA

vs.

GABINO VARGAS-BARRAGAN

---

## INDICTMENT

<u>COUNT ONE</u>: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
Foreperson

*Filed in open court this* 4 *day of* June

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

---

*Bail.* $ No Bail Warrant.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN JOSE**

FILED
2008 JUN -4 P 1:34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA,

V.

E-FILING

DEFENDANT.

## INDICTMENT

## CR - 08 00373 JF

HRL

A true bill.

_____
Foreman

Filed in open court this ___4___ day of ___June___
___2008___

_____
Clerk

Bail, $ _____

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED

2008 JUN -4  P 1:34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR-08 00373 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| GABINO VARGAS-BARRAGAN, | ) |
| Defendant. | ) SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about May 23, 2007, the defendant

GABINO VARGAS-BARRAGAN,

an alien, previously having been arrested and deported from the United States on or about September 28, 1999, January 8, 2000, June 15, 2004, and August 30, 2004 was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for

//

//

INDICTMENT

1  admission into the United States, in violation of Title 8, United States Code, Section 1326.

2

3

4

5  DATED: 6/4/08                                          A TRUE BILL.

6

7                                                          _____
                                                              FOREPERSON
8
   JOSEPH P. RUSSONIELLO
9  United States Attorney

10

11  _____
    DAVID R. CALLAWAY
12  Deputy Chief, San Jose Branch Office

13

14
    (Approved as to form: _____)
15                        AUSA JEFFREY B. SCHENK

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT - U.S.**

▶ GABINO VARGAS-BARRAGAN

2008 JUN -4 P 1:34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**

CR-08 00373 HRL  JF

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

E-FILING

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70037 HRL

**Name and Office of Person Furnishing Information on THIS FORM**

JOSEPH P. RUSSONIELLO
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
JEFFREY B. SCHENK

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge
5) ☒ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☒ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT　Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: