1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant VARGAS-BARRAGAN

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,            )     No. CR-08-00373 JF
11                                       )
                 Plaintiff,              )     STIPULATION AND [PROPOSED]
12                                       )     ORDER CONTINUING HEARING
   vs.                                   )
13                                       )
   GABINO VARGAS-BARRAGAN,               )
14                                       )
                 Defendant.              )
15 _____)

16                           **STIPULATION**

17        The parties hereby stipulate and agree that the initial district court appearance in the

18 above-captioned matter, currently set for Wednesday, August 13, 2008, may be continued to

19 Wednesday, September 10, 2008 at 9:00 a.m.  The reason for the requested continuance is to

20 permit defense counsel to review discovery with Mr. Vargas and to facilitate the parties'

21 settlement discussions, while also accommodating defense counsel's expected absence later this

22 month.

23        The parties further stipulate and agree that 28 days may be excluded from the time within

24 which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and

25 (h)(8)(B)(iv), for the effective preparation and continuity of defense counsel.

26

Stipulation and [Proposed] Order Continuing
Hearing                                    1

1    Dated: August 12, 2008

2                                                 s/_____
                                                 CYNTHIA C. LIE
3                                                 Assistant Federal Public Defender

4    Dated: August 12, 2008

5                                                 s/_____
                                                 JEFFREY B. SCHENK
6                                                 Assistant United States Attorney

7
                                  **[PROPOSED] ORDER**
8
          Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial
9
     district court appearance in the above-captioned matter shall be continued from August 13, 2008
10
     to September 10, 2008 at 9:00 a.m.
11
          It is further ordered that 28 days shall be excluded from the time within which trial shall
12
     commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the time
13
     reasonably necessary for effective preparation and continuity of defense counsel.
14
15   Dated: August ___, 2008

16                                                 _____
                                                 JEREMY FOGEL
17                                                 United States District Judge

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing                                          2